JS-6

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  P. GREG PARHAM
   Assistant United States Attorney
6  California Bar Number 140310
   Asset Forfeiture Section
7       1400 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-6528
9       Facsimile: (213) 894-7177
        E-Mail: Greg.Parham@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15 UNITED STATES OF AMERICA,      )   NO.  CV 11-5035 GAF(CWx)
                                  )
16          Plaintiff,            )
                                  )
17          v.                    )   **CONSENT JUDGMENT OF FORFEITURE**
                                  )
18 $42,093.61 IN U.S. CURRENCY,   )
                                  )
19          Defendant.            )
                                  )
20 _____)
                                  )
21 THOMAS ZESATI AND MARITSSA     )
   MARQUEZ,                       )
22          Claimants.            )
                                  )
23 _____)

24       This action was filed on June 14, 2011 ("the complaint").

25 Notice was given and published in accordance with law.  Claimant

26 Thomas Zesati ("Zesati") and Maritssa Marquez ("Marquez")(Zesati

27 and Marquez will be collectively referred to hereinafter as

28 "claimants") filed a verified claim of interest on July 20, 2011

and an answer on June 4, 2012.  Plaintiff United States of
America ("the government") and the claimants, from whom the
defendant $42,093.61 in U.S. currency ("defendant currency") was
seized and who filed a verified claim thereto, have reached an
agreement that is dispositive of this action.  The parties hereby
request that the Court enter this Consent Judgment of Forfeiture.

     **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

     This Court has jurisdiction over the parties and the subject
matter of this action.

     1.   Notice of this action has been given in accordance with
law.  All potential claimants to the defendant currency other
than claimants are deemed to have admitted the allegations of the
complaint.  The allegations set out in the complaint are
sufficient to establish a basis for forfeiture.

     2.   The United States of America shall have judgment as to
$32,093.61 of the defendant currency, plus all interest earned by
the government on the full amount of the defendant currency, and
no other person or entity shall have any right, title or interest
therein.  The United States Marshals Service is ordered to
dispose of said assets in accordance with law.

     3.   $10,000.00 of the defendant currency, without any
interest, shall be paid to claimants not later than forty five
(45) days from the date of the entry of this judgment by
electronic transfer directly into a financial institution account
designated by claimants' counsel, Paul L. Gabbert.  Claimants'
counsel agrees to provide appropriate financial institution
account information within 10 days of execution of this consent
judgment.

4.    Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5.    The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.   This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6.    The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated:  July 30, 2012

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE


[Signatures of the parties appear on the next page.]

3

1    **Approved as to form and content:**

2

3    Dated: July 27, 2012          ANDRÉ BIROTTE JR.
                                    United States Attorney
4                                   ROBERT E. DUGDALE
                                    Assistant United States Attorney
5                                   Chief, Criminal Division
                                    STEVEN R. WELK
6                                   Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
7
                                            /S/
8                                   _____
9                                   P. GREG PARHAM
                                    Assistant United States Attorney
                                    Asset Forfeiture Section
10
                                    Attorneys for Plaintiff
11                                  United States of America

12
     Dated: July 27, 2012
13                                          /S/
                                    _____
14                                  PAUL L. GABBERT
                                    Attorney for Claimants
15                                  THOMAS ZESATI AND MARITSSA MARQUEZ

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     4